J. Owen Murrin, (75329)
Murrin Law Firm
7045 E. Los Santos Drive
Long Beach, CA 90815
(562) 342-3011
(562) 724-7007 / Fax

Attorney for Plaintiff
LAURA D. SATERBAK

# UNITED STATES DISTRICT COURT

# OF CALIFORNIA-SOUTHERN DISTRICT

| | |
|---|---|
| LAURA D. SATERBAK,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>NATIONAL DEFAULT SERVICING CORPORATION; SELECT PORTFOLIO SERVICING, INC., and DOES 1- XXX<br><br>　　　　　Defendants.<br>_____ | **CASE NO.:** 15CV0956 WQHNLS<br>**Honorable William Q. Hayes**<br><br>**PLAINTIFF'S NOTICE OF PRELIMINARY INJUNCTION PROHIBITING NATIONAL DEFAULT SERVICING CORPORATION AND SELECT PORTFOLIO SERVICING, INC. FROM PURSUING DEED OF TRUST SALES RELATING TO PLAINTIFF'S PROPERTY PENDING TERMINATION OF THESE PROCEEDINGS OR UNTIL FURTHER ORDER OF THE COURT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE §65 AND THE RULES AND LAWS CITED IN THE MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PRELIMINARY INJUNCTION** |

1
NOTICE OF PRELIMINARY INJUNCTION

.

**DATE: June 1, 2015**
**DEPT: 14B**
**Time: TBD**
**REQUEST FOR ORAL ARGUEMENT**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on June 1, 2015 of the above-entitled Court located 330 W. Broadway, San Diego, CA, 92101. Plaintiff Laura D. Saterbak ("Saterbak") will move the Court for a preliminary injunction against National Default Servicing Corporation and Select Portfolio, Inc., pursuant to Federal Rules Civil Procedure §65 and the rules and laws cited in the memorandum of points and authorities in support of a preliminary injunction.

Plaintiff moves that Defendants and their officers, agents, servants, employees, attorneys, subsidiaries and affiliates, and those persons in active concert or participation with any of them who receive actual notice of this Motion, by personal service or otherwise, each of them, be and hereby preliminarily enjoined from, directly or indirectly pursuing any Deed of Trust Sale or foreclosure against Plaintiff, Laura Saterbak while this action is pending or until further order of the Court.

Plaintiff hereby Requests Oral Argument.

This motion is based upon this Notice, the Memorandum of Points and Authorities; Declaration of William J. Paatalo and supporting Exhibits, all the files and records in this action, and any further evidence or oral argument that the Court may properly receive at or before the hearing.

///

///

MURRIN LAW FIRM

Dated: May 1, 2015                    /s/
                                      _____
                                      J. Owen Murrin (SBN 75329)
                                      Attorney for Plaintiff