J. Owen Murrin, (75329)
Murrin Law Firm
7045 E. Los Santos Drive
Long Beach, CA 90815
(562) 342-3011
(562) 724-7007 / Fax

Attorney for Plaintiff
LAURA D. SATERBAK

# UNITED STATES DISTRICT COURT
## OF CALIFORNIA-SOUTHERN DISTRICT

| | |
|---|---|
| LAURA D. SATERBAK,　　　　　) <br> 　　　　　　　　　　　　　　　) <br> 　　　　　　Plaintiff,　　　　) <br> 　　　　　　　　　　　　　　　) <br> vs.　　　　　　　　　　　　　) <br> 　　　　　　　　　　　　　　　) <br> NATIONAL DEFAULT SERVICING ) <br> CORPORATION; SELECT　　　　) <br> PORTFOLIO SERVICING, INC.,　) <br> and DOES 1- XXX　　　　　　) <br> 　　　　　　　　　　　　　　　) <br> 　　　　　　Defendants.　　　) <br> _____ ) | **CASE NO.:** 15CV0956 WQHNLS <br><br> *Honorable William Q. Hayes* <br><br> **JOINT STIPULATION TO TAKE MOTION FOR PRELIMINARY INJUNCTION OFF CALENDAR** <br><br> **DATE:** June 1, 2015 <br> **DEPT: 14B** <br> **Time:   TBD** |

Plaintiff LAURA S. SATERBAK, ("Plaintiff") and Defendants SELECT PORTFOLIO SERVICING, INC. and NATIONAL DEFAULTS SERVICING CORPORATION ("Defendants"), through their undersigned counsel, hereby agree as follows:

JOINT STIPULATION TO TAKE
PRELIMINARY INJUNCTION OFF CALENDAR

1. That Plaintiff agrees to take the June 1, 2015, Motion for Preliminary Injunction hearing off calendar.

2. Defendants agree not to recommence foreclosure proceedings without giving Plaintiff (through her counsel) 60 days' notice.

MURRIN LAW FIRM

Dated: May 22, 2015　　　　　　*/s/ J. Owen Murrin*
　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　J. Owen Murrin (SBN 75329)
　　　　　　　　　　　　　　　Attorney for Plaintiff


WRIGHT, FINLAY & ZAL, LLP

Dated: May 22, 2015　　　　　　*/s/ James J. Ramos*
　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　Gwen H. Ribar, Esq.
　　　　　　　　　　　　　　　James J. Ramos, Esq.
　　　　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　　　SELECT PORTFOLIO SERVICING, INC.
　　　　　　　　　　　　　　　and NATIONAL DEFAULT SERVICING
　　　　　　　　　　　　　　　CORPORATION