WRIGHT, FINLAY & ZAK, LLP
Gwen H. Ribar, Esq., SBN 188024
James J. Ramos, Esq., SBN 252916
4665 MacArthur Court, Suite 280
Newport Beach, CA 92660
Tel. (949) 477-5050; Fax (949) 477-9200

Attorney for Defendant,
SELECT PORTFOLIO SERVICING, INC. and NATIONAL DEFAULT SERVICING CORPORATION

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA D. SATERBAK, | Case No.: 3:15-cv-00956-WQH-NLS |
| | *Assigned to the Honorable William Q. Hayes* |
| Plaintiff, | |
| v. | **CERTIFICATE OF INTERESTED PARTIES** |
| NATIONAL DEFAULT SERVICING CORPORATION; and SELECT PORTFOLIO SERVICING, INC., and DOES 1-XXX | Ctrm.: 14B |
| Defendants. | |

**TO THIS HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the undersigned, counsel of record for Defendants SELECT PORTFOLIO SERVICING, INC. and NATIONAL DEFAULT SERVICING CORPORATION (hereinafter "Defendants") certifies that the following listed parties may have a pecuniary interest in the outcome of

this case. These representations are made to enable the Court to evaluate the possible disqualification or recusal:

1. LAURA D. SATERBAK, Plaintiff;
2. NATIONAL DEFAULT SERVICING CORPORATION, Defendant; and
3. SELECT PORTFOLIO SERVICING, INC., Defendant.

Respectfully submitted,

WRIGHT, FINLAY & ZAK, LLP

Dated: June 12, 2015        By:   /s/ *James J. Ramos*
                                  Gwen H. Ribar, Esq.
                                  James J. Ramos, Esq.
                                  Attorneys for Defendants, SELECT PORTFOLIO SERVICING, INC. and NATIONAL DEFAULT SERVICING CORPORATION.

CERTIFICATE OF INTERESTED PARTIES