

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Laura D. Saterbak,<br><br>                                                Plaintiff,<br><br>V.<br><br>National Default Servicing Corporation; Select Portfolio Servicing, Inc.; JP Morgan Chase Bank, N.A.; Securitized Asset Management II, Inc.; DOES 1-10,<br><br>                                                Defendant. | **Civil Action No.**   15cv956-WQH-BGS<br><br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

 Plaintiff's claims against Defendants Select Portfolio Servicing, Inc. and National Default Servicing Corporation are dismissed with prejudice. Plaintiff's claims against Defendant JP Morgan Chase Bank, N.A. are dismissed with prejudice. Plaintiff's claims against Defendant Securitized Asset Management II, Inc. are dismissed with prejudice. The Motion for Order is denied as moot. The Motion for Entry of Default is denied.

| | |
|---|---|
| **Date:**         1/20/17 | **CLERK OF COURT**<br>**JOHN MORRILL, Clerk of Court**<br>By:  s/  M. Cruz |
| | M. Cruz, Deputy |